```
REPORT: RX0920           11/15/04             PR WALGREENS PURGED DATA FOR STORE 00374                                    PAGE: 145341

    PAT LAST NAME               FIRST                          PAT ADDRESS                                           PAT PHONE# BIRTH DATE

RX NUMBER   DRUG NAME                              DRUG MFR           CTL  PLAN        DOC PHONE#           DEA#
DOC NAME    DOC ADDRESS
ORIG DATE   QTY   REFILLS  DAYS SUPPLY   RX COMMENTS
ENTER DATE  CIND  ENT/VER  FILL QTY      REFILL          CUST AMT   TOT AMT    FILL SOLD DATE    CLAIM #   PARTIAL CODE   PLAN
AUTH NBR    AUTH BY
---------------------------------------------------------------------------------------------------------------------------------
  REYES HERNANDEZ      , TAMARIS         B-17CALLE TORECILLA ALTURAS DE MAYAGUEZ MAYAGUEZ, PR 00680         (787)805-0567   01/03/1960

RX 1681176  FOSAMAX 35MG TABLETS                       MERCK
REYES, T ENTRADA PRINCIPAL URB ALTURAS TORREC B17 MAYAGUEZ, PR 00680         RX    WHP   (787)805-0567   BR7368372
  SIG: TM UNA TA SEMANALMENTE
05/18/2003   4    0              28
```

```
REPORT: RX0920           11/15/04                    PR  WALGREENS PURGED DATA FOR STORE  00374                                    PAGE: 145342
  PAT LAST NAME                     FIRST                       PAT ADDRESS                                                  PAT PHONE#  BIRTH DATE

RX NUMBER     DRUG NAME                                         DRUG MFR                              CTL    PLAN
DOC NAME      DOC ADDRESS                                                                   TOT AMT   FILL SOLD DATE   DOC PHONE#   DEA#
ORIG DATE     QTY      REFILLS  DAYS SUPPLY  RX COMMENTS                          CUST AMT                                          PARTIAL CODE  PLAN
ENTER DATE    CIND  ENT/VER  FILL QTY  REFILL
AUTH NBR      AUTH BY

              05/24/2003             RGT/MAB     4               ORIG    MONARCH         27.08    40.61   05/24/2003    049311
RX 1681177    MENEST 0.625MG TABLETS                                                              RX      WHP                                    WHP
REYES, T ENTRADA PRINCIPAL URB ALTURAS TORREC B17 MAYAGUEZ, PR 00680
SIG: TM UNA TA DI
              05/18/2003    30        ATR/JGM      0      30      ORIG   ZENITH/GOLDLINE  5.72     8.59    05/24/2003    476970
RX 1688575    CEFADROXIL 500MG CAPSULES                                                           RX      WHP                       BM5138741    WHP
MAYMI, A EDIF MED PROF 1065AVE CORZ MAYAGUEZ, PR 00680                                                    (787)832-0899
SIG: TOMAR UNA CA SI
              06/05/2003    6         MAV/MCG      0              ORIG   MCNEIL            2.00    17.79   06/05/2003    997200
RX 1688576    ULTRACET TABLETS                                                                    RX      WHP                       BM5138741    WHP
MAYMI, A EDIF MED PROF 1065AVE CORZ MAYAGUEZ, PR 00680                                                    (787)832-0899
SIG: TOMAR UNA TA TVD
              06/05/2003    10        MAV/MCG      0       3      ORIG   BAYER             8.00    3.79    06/05/2003    997217
RX 1691413    CIPRO 500MG TABLETS                                                                 RX      WHP                       BR7368372    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                               (787)834-2350
SIG: TM UNA TA DVD POR 7 DIAS
              06/12/2003    14        ING/EJR      0       7      ORIG   MONARCH          15.22    60.87   06/12/2003    553214
RX 1695048    MENEST 0.625MG TABLETS                                                              RX      WHP                       BR7368372    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                               (787)834-2350
SIG: TM UNA TA DI
              06/21/2003    30        ERL/ARL      0      30      ORIG   MERCK             6.40    9.60    06/28/2003    252084
RX 1695049    FOSAMAX 70MG TABLETS                                                                RX      WHP                       BR7368372    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                               (787)834-2350
SIG: TM UNA TA SEMANALMENTE
              06/21/2003    4         ERL/ARL      0      28      ORIG   PFIZER           27.08    40.61   06/28/2003    252100
RX 1697912    ZITHROMAX 250MG TABLETS                                                             RX      WHP                       BR7368372    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                               (787)834-2350
SIG: TOMAR DOS TAS INMEDIATAMENTE LUEGO UNA TA DI X  4 DIAS
              06/28/2003    6         MAV/ARL      0       4      ORIG   BARR              8.79    35.14   06/28/2003    025845
RX 1699198    CIPROFLOXACIN 500MG TABLETS                                                         RX      WHP                       BR7368372    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                               (787)834-2350
SIG: TM UNA TA DVD
              07/01/2003    6         0             3
```

```
REPORT: RX0920           03/14/06              PR  WALGREENS PURGED DATA FOR STORE 00374                                              PAGE: 150453

    PAT LAST NAME                  FIRST                              PAT ADDRESS                                              PAT PHONE#   BIRTH DATE

RX NUMBER    DRUG NAME                                          DRUG MFR                   CTL   PLAN          IMAGE ID
DOC NAME     DOC ADDRESS                                                                         DOC PHONE#   DEA#
ORIG DATE   QTY   REFILLS  DAYS SUPPLY    RX COMMENTS
ENTER DATE  CIND  ENT/VER  FILL QTY       REFILL       CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #       PARTIAL CODE   PLAN
AUTH NBR    AUTH BY
------------------------------------------------------------------------------------------------------------------------------------------------
REYES HERNANDEZ       , TAMARIS            B-17 CALLE TORECILLA ALTURAS DE MAYAGUEZ  MAYAGUEZ, PR 00680        (787)399-5289   01/03/1960

RX 1718618   MENEST 0.625MG TABLETS                          MONARCH                  RX    WHP
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                 (787)834-2350    BR7368372
08/20/2003   30     4       30          ORIG                              6.40       08/20/2003              989601                        WHP
08/20/2003    0            ING/ARL                                                   RX    WHP
SIG: TM UNA TA SEMANAL
RX 1718619   FOSAMAX 70MG TABLETS (4PK)                       MERCK
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                 (787)834-2350    BR7368372
08/20/2003   4      0       28          ORIG                             27.08       08/20/2003             991801                         WHP
08/20/2003    0            ING/ARL                                                   RX    WHP
SIG: TM UNA TA DI
RX 1741478   MENEST 0.625MG TABLETS                          MONARCH
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                 (787)834-2350    BR7368372
10/11/2003   30     0       30          ORIG                              6.40       10/11/2003             168301                         WHP
10/11/2003    0            ING/ARL                                                   RX    WHP
SIG: TM UNA TA DI
RX 1741479   CEPHALEXIN 500MG CAPSULES                       TEVA
REYES, T HOSPITAL BELLA VISTA PO BOX1750 MAYAGUEZ, PR 00680                                 (787)834-2350    BR7368372
10/11/2003   28     0       7           ORIG                              2.30       10/11/2003             172101                         WHP
10/11/2003    0            ING/ARL
SIG: TM UNA CA CADA 6 HORAS POR 7 DIAS .CON COMIDAS
------------------------------------------------------------------------------------------------------------------------------------------------
```

**Beatriz E. Ibañez Pabón, D.M.D.**
Endodoncia

American Association Of Endodontists Specialist Members

San Germán Medical Plaza, Oficina #201
Carretera #2 - Km. 174, San Germán, PR 00683
Teléfonos: (787) 892-1010 - (787) 892-1011

FECHA: 10-24-05
NOMBRE DEL PACIENTE: Dra. Tamari Reyes Hdez.
DIENTE(S): 27, 28
DIAGNOSTICO: Necrosis con AAP
PROCEDIMIENTO: Root Canal Tx

MEDIDA DE CANALES: #27: 25mm.
#28: 21.5mm
COMENTARIOS: ¡Saludos! Favor proceder con restauración lingual en el #27; #28: core + crown. Se recomienda RCTx en el 21 y el 22. ¡Gracias!

SE LE INDICO AL PACIENTE LA IMPORTANCIA DE REGRESAR A SU CLINICA PARA LA RESTAURACION CORONAL, Y/O, PARA CONTINUAR CON SU PLAN DE TRATAMIENTO.